George Leonard, Appellee, v. John Anderson,
Appellant.

Gen. No. 43,972.

opinion
filed May 20, 1947; released for publication June 9, 1947.  James A.
Mahoney, for appellant; Joseph A. Ricker, for appellee.  Opinion by
PRESIDING JUSTICE SULLIVAN.  Not to be published in full.